IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 8:20-452 |
| | ) | 18 U.S.C. § 1591(a)(1) |
| | ) | 18 U.S.C. § 1591(a)(2) |
| | ) | 18 U.S.C. § 1591(b)(1) |
| | ) | 18 U.S.C. § 1591(b)(2) |
| vs. | ) | 18 U.S.C. § 1591(c) |
| | ) | 18 U.S.C. § 1594(c) |
| | ) | 18 U.S.C. § 1594(d) |
| | ) | 18 U.S.C. § 2251(a) |
| | ) | 18 U.S.C. § 2251(e) |
| **GARY GARLAND,** | ) | 18 U.S.C. § 2253 |
| **SHANNON GARLAND,** | ) | 18 U.S.C. § 2 |
| **JOHNNIE WELLS,** | ) | 28 U.S.C. § 2461(c) |
| **MICHAEL SKELTON,** | | |
| **DUWONE ALLEN** | | INDICTMENT |

## COUNT ONE

THE GRAND JURY CHARGES:

1.     That beginning at a date unknown to the Grand Jury, but from at least 2019, up to and including the date of this Indictment, in the District of South Carolina, the defendants, **GARY GARLAND, SHANNON GARLAND, JOHNNIE WELLS, MICHAEL SKELTON, and DUWONE ALLEN,** knowingly in and affecting interstate commerce, did combine, conspire, confederate, agree and have a tacit understanding with each other and with others known and unknown to the Grand Jury, to recruit, entice, harbor, transport, provide, obtain, advertise, solicit, patronize, and maintain by any means, a person, and to benefit financially by receiving anything of value from participation in a venture which has recruited, enticed, harbored, transported,

1

provided, obtained, advertised, patronized, solicited, and maintained a person, knowing and in reckless disregard of the fact, and having had a reasonable opportunity to observe the person, that such person had not attained the age of 18 years and would be caused to engage in a commercial sex act; and knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion, and any combination of such means would be used to cause Minor Victim One to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1) and (a)(2);

All in violation of Title 18, United States Code, Section 1594(c).

Manner and Means

2. It was part of the conspiracy that the conspirators recruited Minor Victim One to engage in sexual acts and produce images of the sexual acts.

3. It was further part of the conspiracy that the conspirators would provide transportation for Minor Victim One to the sites where the commercial sex acts would take place.

4. It was further part of the conspiracy that the conspirators would and did use vehicles, public highways, hotels, telephones, and the internet to facilitate the commercial sex acts.

5. It was further part of the conspiracy that one or more of the conspirators would take pictures of and videos of Minor Victim One in sexual activity.

6. It was further part of the conspiracy that one or more of the conspirators would engage in sexual activity with Minor Victim One.

All in violation of Title 18, United States Code, Section 1594(c).

## COUNT TWO

THE GRAND JURY FURTHER CHARGES:

That from at least 2019 through on or about April 2020, in the District of South Carolina, the defendants, **GARY GARLAND** and **SHANNON GARLAND**, did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, solicit, patronize, and maintain a person, namely Minor Victim One, having had a reasonable opportunity to observe Minor Victim One and knowing and in reckless disregard of the fact that Minor Victim One had not attained the age of 18 years, and knowing and in reckless disregard that Minor Victim One would be caused to engage in a commercial sex act; and did knowingly advertise Minor Victim One knowing that Minor Victim One was under the age of 18 years old and knowing that Minor Victim One would be caused to engage in a commercial sex act;

All in violation of Title 18, United States Code, Sections 1591(a)(1), (a)(2), (b)(2), and (c) and 2.

## COUNT THREE

THE GRAND JURY FURTHER CHARGES:

That from at least 2017 through 2018, in the District of South Carolina, the defendant, **GARY GARLAND**, did knowingly attempt, in and affecting interstate commerce, to recruit, entice, harbor, transport, provide, obtain, solicit, patronize, and maintain a person, namely Minor Victim Two, having had a reasonable opportunity to observe Minor Victim Two and knowing and in reckless disregard of the fact that Minor Victim Two had not attained the age of 18 years, and knowing and in reckless disregard that Minor Victim Two would be caused to engage in a

commercial sex act; and did knowingly advertise Minor Victim Two knowing that Minor Victim Two was under the age of 18 years old and knowing that Minor Victim Two would be caused to engage in a commercial sex act;

In violation of Title 18, United States Code, Sections 1594(c).

## COUNT FOUR

THE GRAND JURY FURTHER CHARGES:

Beginning in or about 2019 and continuing through the date of this Indictment, in the District of South Carolina, the defendants, **GARY GARLAND** and **SHANNON GARLAND**, did combine, conspire, confederate, agree and have a tacit understanding with each other and with others known and unknown to the Grand Jury, to employ, use, persuade, induce, entice, and coerce a minor, namely Minor Victim One, to engage in sexually explicit conduct (as defined in 18 U.S.C. § 2256(2)) for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported in interstate commerce; which visual depiction was produced using materials that had been mailed, shipped, and transported in interstate commerce; and which visual depiction was transported in interstate commerce.

All in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNTS FIVE - NINE

THE GRAND JURY FURTHER CHARGES:

On or about the dates set forth below, in the District of South Carolina, the defendants, **GARY GARLAND** and **SHANNON GARLAND**, did knowingly employ, use, persuade, induce, entice, and coerce a minor, namely Minor Victim One, to engage in sexually explicit conduct (as defined in 18 U.S.C. § 2256(2)) for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported in interstate commerce; which visual depiction was produced using materials that had been mailed, shipped, and transported in interstate commerce; and which visual depiction was transported in interstate commerce;

| Count | Dates | Visual Depiction Electronic File |
|---|---|---|
| 5 | January 25, 2020 | 20200125_040136_564695198079009 |
| 6 | February 9, 2020 | FileSystem/storage/7726-E457/Android/data/.androidgckf/GSCP/20200209_094617.mp4 |
| 7 | March 14, 2020 | 20200314_010413 |
| 8 | March 28, 2020 | P32800001 |
| 9 | March 29, 2020 | 20200329_011543 |

All in violation of Title 18, United States Code, Sections 2251(a) and 2.

## COUNT TEN

THE GRAND JURY FURTHER CHARGES:

Beginning in or about 2017 and continuing through in or about 2018, in the District of South Carolina, the defendant, **GARY GARLAND**, did employ, use, persuade, induce, entice, and coerce a minor, namely Minor Victim Two, to engage in sexually explicit conduct (as defined in 18 U.S.C. § 2256(2)) for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported in interstate commerce; which visual depiction was produced using materials that had been mailed, shipped, and transported in interstate commerce; and which visual depiction was transported in interstate commerce.

All in violation of Title 18, United States Code, Section 2251(a).

## NOTICE OF FORFEITURE

TRAFFICKING/CHILD PORNOGRAPHY

The United States hereby gives notice to defendants, **GARY GARLAND, SHANNON GARLAND, JOHNNIE WELLS, MICHAEL SKELTON, and DUWONE ALLEN,** that upon conviction for any offenses involving Title 18, United States Code, Sections 1591, 1594, and 2251, as set forth in this Indictment, defendants shall forfeit to the United States any property, real or personal, that was used or intended to be used, in any manner or part, to commit or to facilitate the commission of such offenses, and any property, real or personal, which constitutes or is derived from any proceeds obtained, directly or indirectly, as a result of such offenses, pursuant to Title 18, United States Code, Sections 1594(d) and (e) and 2253; and any visual depiction described in section 2251, 2251A, or 2252 of chapter 110 of the United States Code, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of chapter 110 of the United States Code pursuant to Title 18, United States Code, Section 2253.

PROPERTY

The property to be forfeited includes, but is not limited to, the following:

    a.    Forfeiture Judgment:

        An undetermined sum of United States currency and all interest and proceeds traceable thereto, in that such sum in aggregate was obtained directly or indirectly as a result of said offenses, or is traceable to such property.

b.  Real Property

1305 Big Creek Road in Belton, South Carolina

If any of the above-described property, as a result of any act or omissions of the defendants:

(1) cannot be located upon the exercise of due diligence;
(2) has been transferred or sold to, or deposited with a third party;
(3) has been placed beyond the jurisdiction of the Court;
(4) has been substantially diminished in value; or
(5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendants up to the value of the above-described forfeitable property;

Pursuant to Title 18, United States Code, Sections 1594, 2253, and Title 28, United States Code, Section 2461(c).

A TRUE Bill

REDACTED
FOREPERSON

PETER M. MCCOY, JR. (CFS/DD)
UNITED STATES ATTORNEY